**B9A (Official Form 9A)** (Chapter 7 Individual or Joint Debtor No Asset Case) (12/12)     Case Number **14−32467−acs**

Judge **Alan C. Stout**

## UNITED STATES BANKRUPTCY COURT Western District of Kentucky

### Notice of
### Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 6/27/14.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

**Creditors −− Do not file this notice in connection with any proof of claim you submit to the court.**
See Reverse Side For Important Explanations

| Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address): | |
|---|---|
| Natalie Rae Hall<br>1213 Revere Drive<br>Elizabethtown, KY 42701 | Jacob Benton Hall<br>1213 Revere Drive<br>Elizabethtown, KY 42701 |
| Case Number:<br>14−32467−acs | Social Security / Individual Taxpayer ID / Employer Tax ID / Other Nos.:<br>xxx−xx−6531<br>xxx−xx−6590 |
| Attorney for Debtor(s) (name and address):<br>Cynthia T. Griffin<br>The Law Office of Cynthia T. Griffin, PL<br>240 W. Dixie Ave., Ste 4<br>Elizabethtown, KY 42701<br>Telephone number: 270−769−4618 | Bankruptcy Trustee (name and address):<br>William J. Clarke<br>7982 New LaGrange Road, Suite One<br>Louisville, Ky 40222<br>Telephone number: 502−327−6787 |

### Meeting of Creditors

Date: **July 24, 2014**        Time: **02:00 PM**

Location: **Rm. 509 (Use 6th Street Elevators), 601 West Broadway, Louisville, KY 40202**
**This case may be dismissed without further notice for failure to attend this meeting.**

### Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*

The presumption of abuse does not arise.

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts: 9/22/14**

### Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

### Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| Address of the Bankruptcy Clerk's Office:<br>450 U.S. Courthouse<br>601 W. Broadway<br>Louisville, KY 40202<br>Telephone number: 502−627−5700 | For the Court:<br>Clerk of the Bankruptcy Court:<br>Diane S. Robl |
|---|---|
| Hours Open: Monday − Friday 8:30 AM − 4:30 PM | Date: 6/30/14 |

## EXPLANATIONS

B9A (Official Form 9A) (12/12)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. *Do not include this notice with any filing you make with the court.* |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must file a complaint –– or a motion if you assert the discharge should be denied under §727(a)(8) or (a)(9) –– in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeablilty of Certain Debts" listed on the front of this form. The bankruptcy clerk's office must receive the complaint or motion and any required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

### Refer to Other Side for Important Deadlines and Notices

1. This case may be dismissed without further notice if the schedules are not filed within 14 days from the date the petition was filed.
2. All property of the estate will be deemed abandoned upon the filing of the report of No Distribution (normally at 341 meetings.) The last day for filing an objection to abandonment of property will be 30 days from the 341 meeting date. No property will be deemed abandoned if an objection is filed or notice of assets is given by the Clerk. A motion shall be filed pursuant to local Rule 6007–1(b) should assets exist in the case.

All persons entering the courthouse will be required to present photo ID.

```
                                United States Bankruptcy Court
                                 Western District of Kentucky
In re:                                                               Case No. 14-32467-acs
Natalie Rae Hall                                                     Chapter 7
Jacob Benton Hall
      Debtors              CERTIFICATE OF NOTICE
District/off: 0644-3           User: sweber                 Page 1 of 2                  Date Rcvd: Jun 30, 2014
                               Form ID: 205                 Total Noticed: 28


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 02, 2014.
db/jdb        +Natalie Rae Hall,   Jacob Benton Hall,   1213 Revere Drive,   Elizabethtown, KY 42701-9397
5518318       +Best Buy,   Best Buy Credit Services,   71 Stevenson St.,   Suite 300,
                San Francisco, CA 94105-2985
5518319       +Bill Me Later,   PO Box 105658,   Atlanta, GA 30348-5658
5518323        Fifth Third Bacnk,   PO Box 630778,   Cincinnati, OH 45263-0778
5518333        Pacific Union,   1 Corporate Drive,   Suite 360,   Lake Zurich, IL 60047-8945

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            E-mail/Text: cgriffin@cgriffinlaw.com Jun 30 2014 19:04:41      Cynthia T. Griffin,
                The Law Office of Cynthia T. Griffin, PL,   240 W. Dixie Ave., Ste 4,   Elizabethtown, KY  42701
tr            +EDI: BWJCLARKE.COM Jun 30 2014 18:58:00      William J. Clarke,
                7982 New LaGrange Road, Suite One,   Louisville, Ky 40222-4792
smg           +E-mail/Text: akellow@jeffersoncountyclerk.org Jun 30 2014 19:05:08
                Jefferson County Attorney Office,   Fiscal Court Bldg.,   531 Court Place, Ste. 900,
                Louisville, Ky 40202-3315
ust           +E-mail/Text: ustpregion08.lo.ecf@usdoj.gov Jun 30 2014 19:05:11      Asst. U.S.Trustee,
                Office of the U.S.Trustee,   601 West Broadway #512,   Louisville, Ky 40202-2229
5518317       +EDI: RMSC.COM Jun 30 2014 18:58:00      Amazon,   Synchrony Bank/ GE Capital Retail Bank,
                PO Box 103104,   Roswell, GA 30076-9104
5518332        EDI: CBSAAFES.COM Jun 30 2014 18:58:00      Military Star Card,   Exchanhe Credit Program,
                Disputes Unit,   PO Box 650410,   Dallas, TX 75265-0410
5518320       +EDI: RMSC.COM Jun 30 2014 18:58:00      Care Credit,   Synchrony Bank/ GE Capital Retail Bank,
                PO Box 103104,   Roswell, GA 30076-9104
5518321        EDI: CITICORP.COM Jun 30 2014 18:58:00      Citi,   PO Box 6077,   Sioux Falls, SD 57117-6077
5518322        EDI: DISCOVER.COM Jun 30 2014 18:58:00      Discover,   PO Box 6103,   Carol Stream, IL 60197-6103
5518324       +E-mail/Text: bankruptcy@fortknoxfcu.net Jun 30 2014 19:05:41      Fort Knox Federal Credit Union,
                3939 S. Dixie,   Radcliff, KY 40160-5113
5518325        EDI: CITICORP.COM Jun 30 2014 18:58:00      Home Depot,   PO Box 6077,
                Sioux Falls, SD 57117-6077
5518326       +EDI: RMSC.COM Jun 30 2014 18:58:00      JC Penny,   Synchroy Bank/ GE Capital Retail Bank,
                PO Box 103104,   Roswell, GA 30076-9104
5518327        EDI: CBSKOHLS.COM Jun 30 2014 18:58:00      Kohl's,   Kolh's Payment Center,   PO Box 2983,
                Milwaukee, WI 53201-2983
5518328        EDI: CBSKOHLS.COM Jun 30 2014 18:58:00      Kohls Payment Center,   PO Box 2983,
                Milwaukee, WI 53201-2983
5518329       +E-mail/Text: bk@lendingclub.com Jun 30 2014 19:05:41      Lending Club,   71 Stevenson Street,
                Suite 300,   San Francisco, CA 94105-2985
5518330       +EDI: RMSC.COM Jun 30 2014 18:58:00      Lowes,   Synchrony Bank/ GE Capital Retail Bank,
                PO Box 103104,   Roswell, GA 30076-9104
5518331        EDI: HFC.COM Jun 30 2014 18:58:00      Menards,   Capital One Retail Services,   Dept. 7680,
                Carol Stream, IL 60116-7680
5518334       +EDI: RMSC.COM Jun 30 2014 18:58:00      Pay Pal,   Synchrony Bank/ GE Capital Retail Bank,
                PO Box 103104,   Roswell, GA 30076-9104
5518335       +EDI: RMSC.COM Jun 30 2014 18:58:00      Sam's Club,   Synchrony Bank/ GE Capital Retail Bank,
                PO Box 103104,   Roswell, GA 30076-9104
5518336        EDI: WTRRNBANK.COM Jun 30 2014 18:58:00      Target,   Target Card Services,   PO Box 660170,
                Dallas, TX 75266-0170
5518337       +EDI: RMSC.COM Jun 30 2014 18:58:00      ToysRus,   Synchrony Bank/ GE Capital Retail Bank,
                PO Box 103104,   Roswell, GA 30076-9104
5518338        EDI: USAA.COM Jun 30 2014 18:58:00      USAA,   USAA Federal Savings Bank,
                10750 Mc Dermott Freeway,   San Antonio, TX 78288-0570
5518339       +EDI: RMSC.COM Jun 30 2014 18:58:00      Walmart,   Synchrony Bank/ GE Capital Retail Bank,
                PO Box 103104,   Roswell, GA 30076-9104
                                                                                              TOTAL: 23

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 02, 2014                              Signature:   /s/Joseph Speetjens

```
District/off: 0644-3          User: sweber              Page 2 of 2              Date Rcvd: Jun 30, 2014
                              Form ID: 205              Total Noticed: 28
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 30, 2014 at the address(es) listed below:
              Asst. U.S.Trustee    ustpregion08.lo.ecf@usdoj.gov
              Cynthia T. Griffin    on behalf of Joint Debtor Jacob Benton Hall cgriffin@cgriffinlaw.com
              Cynthia T. Griffin    on behalf of Debtor Natalie Rae Hall cgriffin@cgriffinlaw.com
              William J. Clarke    willclarketrustee@bellsouth.net, wjclarke@bellsouth.net;ky51@ecfcbis.com
                                                                                                TOTAL: 4
```