UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| In re: HALL, NATALIE RAE | § | Case No. 14-32467-ACS |
| HALL, JACOB BENTON | § | |
| | § | |
| Debtor(s) | § | |

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on June 27, 2014. The undersigned trustee was appointed on June 28, 2014.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of         $         1,500.00

   Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 20.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]         $ | 1,480.00 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 10/29/2014 and the deadline for filing governmental claims was 12/24/2014. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $375.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $375.00, for a total compensation of $375.00.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $140.82, for total expenses of $140.82.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 04/04/2015          By: /s/William J. Clarke
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 14-32467-ACS  
**Case Name:** HALL, NATALIE RAE  
　　　　　　　HALL, JACOB BENTON  
**Period Ending:** 04/04/15

**Trustee:** (370560) William J. Clarke  
**Filed (f) or Converted (c):** 06/27/14 (f)  
**§341(a) Meeting Date:** 07/24/14  
**Claims Bar Date:** 10/29/14

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 1213 Revere Drive Elizabethtown | 145,000.00 | 0.00 | | 0.00 | FA |
| 2 | Chase- 589676605- Checking | 100.00 | 0.00 | | 0.00 | FA |
| 3 | Chase-589696710- checking | 100.00 | 0.00 | | 0.00 | FA |
| 4 | Fifth Third Bank Account (u) | 0.00 | 0.00 | | 0.00 | FA |
| 5 | 2 beds | 100.00 | 0.00 | | 0.00 | FA |
| 6 | 3 dressers | 25.00 | 0.00 | | 0.00 | FA |
| 7 | 1 dining room table | 100.00 | 0.00 | | 0.00 | FA |
| 8 | 6 dinning room chairs | 25.00 | 0.00 | | 0.00 | FA |
| 9 | 1 Refrigerator | 400.00 | 0.00 | | 0.00 | FA |
| 10 | 1 washer | 50.00 | 0.00 | | 0.00 | FA |
| 11 | 1 dryer | 50.00 | 0.00 | | 0.00 | FA |
| 12 | 1 stove | 600.00 | 0.00 | | 0.00 | FA |
| 13 | 1 set of easting utensils with 9 of each | 2.00 | 0.00 | | 0.00 | FA |
| 14 | 1 Dishwasher | 100.00 | 0.00 | | 0.00 | FA |
| 15 | 2 couch's | 500.00 | 0.00 | | 0.00 | FA |
| 16 | 1 stereo | 15.00 | 0.00 | | 0.00 | FA |
| 17 | 5 color TV's | 300.00 | 0.00 | | 0.00 | FA |
| 18 | 25 CD's | 25.00 | 0.00 | | 0.00 | FA |
| 19 | 1 Desk | 35.00 | 0.00 | | 0.00 | FA |
| 20 | 1 Vacuum | 200.00 | 0.00 | | 0.00 | FA |
| 21 | 1 Coffee Table | 25.00 | 0.00 | | 0.00 | FA |
| 22 | 20 Books | 50.00 | 0.00 | | 0.00 | FA |
| 23 | 1 Microwave Oven | 100.00 | 0.00 | | 0.00 | FA |
| 24 | Computers | 800.00 | 0.00 | | 0.00 | FA |
| 25 | Sporting goods | 400.00 | 0.00 | | 0.00 | FA |
| 26 | Tools | 400.00 | 0.00 | | 0.00 | FA |
| 27 | 2007 Toyota Tundra | 15,447.00 | 0.00 | | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 14-32467-ACS  
**Case Name:** HALL, NATALIE RAE  
HALL, JACOB BENTON  
**Period Ending:** 04/04/15

**Trustee:** (370560)  William J. Clarke  
**Filed (f) or Converted (c):** 06/27/14 (f)  
**§341(a) Meeting Date:** 07/24/14  
**Claims Bar Date:** 10/29/14

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 28  2011 Toyota Prius  (u) | 13,701.00 | 0.00 | | 0.00 | FA |
| 29  3 dogs | 0.00 | 0.00 | | 0.00 | FA |
| 30  Preference Claim from Dock Varner  (u) | 0.00 | 1,500.00 | | 1,500.00 | 0.00 |
| 30  **Assets  Totals** (Excluding unknown values) | **$178,650.00** | **$1,500.00** | | **$1,500.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

Debtors repaid Dock Varner (Natalie's father) $1,695.00 within the last year (check #1571 on 3-6-14).  Preference claimed.
Offered to settle for $1,500.00 lump sum due by 11-26-14.

Debtors accepted the offer to pay the funds within 120 days.

Dock Varner
47 Quail Hill Drive
Alum Creek, WV  25003

Rec'd e-mail from Cynthia on 8-7-14 concerning USAA accounts.  Sent e-mail responding to hers on 8-8-14 repeating request for USAA statements and Fifth Third Bank statements.

**Initial Projected Date Of Final Report (TFR):**  July 24, 2015    **Current Projected Date Of Final Report (TFR):**  July 24, 2015

_____  
April 4, 2015  
Date

/s/ William J. Clarke  
_____  
William J. Clarke

Printed: 04/04/2015 02:50 PM    V.13.20

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| **Case Number:** | 14-32467-ACS | | **Trustee:** | William J. Clarke (370560) |
|---|---|---|---|---|
| **Case Name:** | HALL, NATALIE RAE | | **Bank Name:** | Rabobank, N.A. |
| | HALL, JACOB BENTON | | **Account:** | ******9066 - Checking Account |
| **Taxpayer ID #:** | **-***3832 | | **Blanket Bond:** | $3,000,000.00   (per case limit) |
| **Period Ending:** | 04/04/15 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 02/05/15 | {30} | Jacob B. Hall | Preference | 1241-000 | 1,500.00 | | 1,500.00 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,490.00 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,480.00 |
| | | | **ACCOUNT TOTALS** | | 1,500.00 | 20.00 | **$1,480.00** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 1,500.00 | 20.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$1,500.00** | **$20.00** | |

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ******9066** | 1,500.00 | 20.00 | 1,480.00 |
| | $1,500.00 | $20.00 | $1,480.00 |

April 4, 2015                                                    /s/ William J. Clarke
_____                                   _____
Date                                                                William J. Clarke

{} Asset reference(s)                                        Printed: 04/04/2015 02:50 PM    V.13.20

Printed: 04/04/15 02:50 PM                               **Exhibit C**                                          Page: 1

### Case:  14-32467-ACS    HALL, NATALIE RAE

| Claim # | Date | Pri | Claimant / Proof / &lt;Category&gt; / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| **Secured Claims:** | | | | | | | | |
| 4 | 08/11/14 | 100 | FIFTH THIRD BANK<br>PO BOX 9013<br>ADDISON, TX 75001<br>&lt;4110-00   Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)&gt; | 23,241.65 | 23,241.65 | 0.00 | 23,241.65 | 0.00 |
| | | | **Priority 100:   0% Paid** | | | | | |
| **Admin Ch. 7 Claims:** | | | | | | | | |
| | 06/27/14 | 200 | William J. Clarke<br>7982 New LaGrange Road<br>Suite One<br>Louisville, KY 40222<br>&lt;2200-00   Trustee Expenses&gt; | 140.82 | 140.82 | 0.00 | 140.82 | 140.82 |
| | 06/27/14 | 200 | William J. Clarke<br>7982 New LaGrange Road<br>Suite One<br>Louisville, KY 40222<br>&lt;2100-00   Trustee Compensation&gt; | 375.00 | 375.00 | 0.00 | 375.00 | 375.00 |
| | | | **Total for Priority 200:    100% Paid** | **$515.82** | **$515.82** | **$0.00** | **$515.82** | **$515.82** |
| | | | **Total for Admin Ch. 7 Claims:** | **$515.82** | **$515.82** | **$0.00** | **$515.82** | **$515.82** |
| **Unsecured Claims:** | | | | | | | | |
| 1 | 07/31/14 | 610 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025<br>&lt;7100-00   General Unsecured § 726(a)(2)&gt; | 2,034.88 | 2,034.88 | 0.00 | 2,034.88 | 63.37 |
| 2 | 07/31/14 | 610 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025<br>&lt;7100-00   General Unsecured § 726(a)(2)&gt; | 4,224.32 | 4,224.32 | 0.00 | 4,224.32 | 131.54 |
| 3 | 08/05/14 | 610 | Army & Air Force Exchange Services<br>c/o Bass & Associates, P.C.<br>3936 E. Ft. Lowell Rd, Suite #200<br>Tucson, AZ 85712<br>&lt;7100-00   General Unsecured § 726(a)(2)&gt; | 8,302.40 | 8,302.40 | 0.00 | 8,302.40 | 258.53 |
| 5 | 09/02/14 | 610 | CERASTES, LLC<br>C O WEINSTEIN,PINSON AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121<br>&lt;7100-00   General Unsecured § 726(a)(2)&gt; | 1,056.61 | 1,056.61 | 0.00 | 1,056.61 | 32.90 |

Printed: 04/04/15 02:50 PM                      **Exhibit C**                                    Page: 2

## Case: 14-32467-ACS    HALL, NATALIE RAE

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| 6 | 09/15/14 | 610 | American InfoSource LP as agent for<br>TD Bank, USA<br>PO Box 248866<br>Oklahoma City, OK 73124-8866<br><7100-00   General Unsecured § 726(a)(2)> | 530.05 | 530.05 | 0.00 | 530.05 | 16.51 |
| 7 | 09/22/14 | 610 | Capital One, N.A.<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701<br><7100-00   General Unsecured § 726(a)(2)> | 2,238.19 | 2,238.19 | 0.00 | 2,238.19 | 69.70 |
| 8 | 09/22/14 | 610 | Capital One, N.A.<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701<br><7100-00   General Unsecured § 726(a)(2)> | 434.12 | 434.12 | 0.00 | 434.12 | 13.52 |
| 9 | 10/20/14 | 610 | Synchrony Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami, FL 33131-1605<br><7100-00   General Unsecured § 726(a)(2)> | 344.66 | 344.66 | 0.00 | 344.66 | 10.73 |
| 10 | 10/20/14 | 610 | Synchrony Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami, FL 33131-1605<br><7100-00   General Unsecured § 726(a)(2)> | 900.90 | 900.90 | 0.00 | 900.90 | 28.05 |
| 11 | 10/20/14 | 610 | Synchrony Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami, FL 33131-1605<br><7100-00   General Unsecured § 726(a)(2)> | 1,458.79 | 1,458.79 | 0.00 | 1,458.79 | 45.43 |
| 12 | 10/22/14 | 610 | PYOD, LLC its successors and assigns<br>as assignee<br>of Citibank, N.A.<br>Resurgent Capital Services,PO Box 19008<br>Greenville, SC 29602<br><7100-00   General Unsecured § 726(a)(2)> | 1,002.80 | 1,002.80 | 0.00 | 1,002.80 | 31.23 |
| 13 | 10/26/14 | 610 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 33131-1605<br><7100-00   General Unsecured § 726(a)(2)> | 1,005.84 | 1,005.84 | 0.00 | 1,005.84 | 31.32 |
| 14 | 10/26/14 | 610 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 33131-1605<br><7100-00   General Unsecured § 726(a)(2)> | 1,824.43 | 1,824.43 | 0.00 | 1,824.43 | 56.81 |

Printed: 04/04/15 02:50 PM  **Exhibit C**  Page: 3

## Case: 14-32467-ACS    HALL, NATALIE RAE

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| 15 | 10/26/14 | 610 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 33131-1605<br><7100-00   General Unsecured § 726(a)(2)> | 1,692.95 | 1,692.95 | 0.00 | 1,692.95 | 52.72 |
| 16 | 10/26/14 | 610 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 33131-1605<br><7100-00   General Unsecured § 726(a)(2)> | 614.95 | 614.95 | 0.00 | 614.95 | 19.15 |
| 17 | 10/26/14 | 610 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 33131-1605<br><7100-00   General Unsecured § 726(a)(2)> | 628.42 | 628.42 | 0.00 | 628.42 | 19.57 |
| 18 | 10/26/14 | 610 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 33131-1605<br><7100-00   General Unsecured § 726(a)(2)> | 2,668.76 | 2,668.76 | 0.00 | 2,668.76 | 83.10 |
| | | | **Total for Priority 610:   3.11397% Paid** | $30,963.07 | $30,963.07 | $0.00 | $30,963.07 | $964.18 |
| | | | **Total for Unsecured Claims:** | $30,963.07 | $30,963.07 | $0.00 | $30,963.07 | $964.18 |
| | | | **Total for Case :** | $54,720.54 | $54,720.54 | $0.00 | $54,720.54 | $1,480.00 |

**TRUSTEE'S PROPOSED DISTRIBUTION**  Exhibit D

Case No.: 14-32467-ACS
Case Name: HALL, NATALIE RAE
Trustee Name: William J. Clarke

**Balance on hand:** $ 1,480.00

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 1,480.00

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - William J. Clarke | 375.00 | 0.00 | 375.00 |
| Trustee, Expenses - William J. Clarke | 140.82 | 0.00 | 140.82 |

Total to be paid for chapter 7 administration expenses: $ 515.82
Remaining balance: $ 964.18

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 964.18

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 964.18

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

**UST Form 101-7-TFR (05/1/2011)**

Timely claims of general (unsecured) creditors totaling $ 30,963.07 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 3.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 2,034.88 | 0.00 | 63.37 |
| 2 | Discover Bank | 4,224.32 | 0.00 | 131.54 |
| 3 | Army & Air Force Exchange Services | 8,302.40 | 0.00 | 258.53 |
| 5 | CERASTES, LLC | 1,056.61 | 0.00 | 32.90 |
| 6 | American InfoSource LP as agent for | 530.05 | 0.00 | 16.51 |
| 7 | Capital One, N.A. | 2,238.19 | 0.00 | 69.70 |
| 8 | Capital One, N.A. | 434.12 | 0.00 | 13.52 |
| 9 | Synchrony Bank | 344.66 | 0.00 | 10.73 |
| 10 | Synchrony Bank | 900.90 | 0.00 | 28.05 |
| 11 | Synchrony Bank | 1,458.79 | 0.00 | 45.43 |
| 12 | PYOD, LLC its successors and assigns as assignee | 1,002.80 | 0.00 | 31.23 |
| 13 | Capital Recovery V, LLC | 1,005.84 | 0.00 | 31.32 |
| 14 | Capital Recovery V, LLC | 1,824.43 | 0.00 | 56.81 |
| 15 | Capital Recovery V, LLC | 1,692.95 | 0.00 | 52.72 |
| 16 | Capital Recovery V, LLC | 614.95 | 0.00 | 19.15 |
| 17 | Capital Recovery V, LLC | 628.42 | 0.00 | 19.57 |
| 18 | Capital Recovery V, LLC | 2,668.76 | 0.00 | 83.10 |

Total to be paid for timely general unsecured claims:  $            964.18
Remaining balance:  $                0.00

**UST Form 101-7-TFR (05/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  |  |  |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  |  |  |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**